Richard L. Mount, WSBA #16096
Witherspoon Kelley
422 West Riverside, Suite 1100
Spokane, WA 99201-0300
Telephone: 509.624.5265
Facsimile: 509.458.2728

Attorneys for Defendant Samantha B. Knight

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMANTHA B. KNIGHT, <br><br> Defendant. | Case No. 16-CR-196-LRS-2 <br><br> ORDER GRANTING DEFENDANT SAMANTHA B. KNIGHT'S MOTION TO WITHDRAW HER GUILTY PLEA |

Before the Court is the Defendant's unopposed Motion to Withdraw Her Guilty Plea. Having reviewed the Motion and the file and pleadings herein, the Court finds that good cause exists to grant Defendant's Motion. Accordingly,

**IT IS HEREBY ORDERED:**

Defendant's Motion to Withdraw Her Guilty Plea is **GRANTED.**

DEFENDANT SAMANTHA B. KNIGHT'S MOTION TO
WITHDRAW HER GUILTY PLEA - 1
Proposed Order Re Motion to Withdraw Guilty Plea (S1752946x9FC0D)

WK WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

DATED this 18th day of September, 2018.

_____
Honorable Lonny R. Suko

Presented by:

**WITHERSPOON KELLEY**

By: /s/ Richard L. Mount
RICHARD L. MOUNT, WSBA No. 16096
Attorneys for Defendant Samantha B. Knight

DEFENDANT SAMANTHA B. KNIGHT'S MOTION TO
WITHDRAW HER GUILTY PLEA - 2
Proposed Order Re Motion to Withdraw Guilty Plea (S1752946x9FC0D)



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728